# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIAN LEE WOOD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DOUG COOK et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:15-CV-71-RJS<br><br>District Judge Robert J. Shelby |

　　　　In an Order dated February 6, 2017, the Court required Plaintiff to--within thirty days--file a response to Defendants' summary-judgment motion and motion for judgment on the pleadings. Plaintiff has not responded. The Court last heard from Plaintiff on December 15, 2016, when he filed a memorandum in support of his motion for entry of default, which was denied on February 6, 2017.

　　　　IT IS THEREFORE ORDERED that, because he has failed to prosecute his case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This case is CLOSED.

　　　　DATED this 17th day of April, 2017.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JUDGE ROBERT J. SHELBY
　　　　　　　　　　　　　　　　United States District Court