IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRIAN LEE WOOD,<br><br>          Plaintiff,<br><br>v.<br><br>DOUG COOK et al.,<br><br>          Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:15-CV-71-RJS<br><br>District Judge Robert J. Shelby |

In an Order dated June 12, 2017, the Court required Plaintiff to--within thirty days of filing of Defendants' proposed orders--file objections. The proposed orders were filed on July 11, 2017. More than two months later, Plaintiff has not responded. The Court last heard from Plaintiff on June 21, 2017, when he successfully moved for copies of the dispositive motions that are the subjects of the proposed orders.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

DATED this 20th day of September, 2017.

BY THE COURT:

JUDGE ROBERT J. SHELBY
United States District Court