IN The UNITED STATES DISTRICT COURT
In and for the DISTRICT OF UTAH, CENTRAL DIVISION

Brian WOOD #29108
Attorney pro-se
C.U.C.F. PO Box 550
Gunnison Utah
84634-0550

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
RECEIVED
MAR 21 2018
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK
MAR 20 2018
OFFICE OF
JUDGE ROBERT J. SHELBY

| Brian Lee Wood Plaintiff VS Dr. Kennon Tubbs, Doug Cook and Raymond Merrill Defendants | Case No: 2:15-CV-00071 Judge: Robert J Shelby Motion for Judge to Review my arguments, & form ruling about Utah Code 64-13-23 |
|---|---|

In my opposition to the Defendants Summary Judgement, part two, Concerning Doug Cook and Disciplinary. Page 1 of 10, cont #2 You did not acknowledge, nor Rule on at all your Honor. Argument #1 I put forth was: The Disciplinary has NO Legal right to charge me any Fines in Disciplinary in the first place. Neither the Utah code 64-13-33, Nor 64-13-23 permit the Disciplinary offices to charge inmates Fines. On page 2 and 3 in my motion to oppose, I clearly and precisly explain this. In my disciplinary appeal they stated that Utah Code 64-13-23 clearly gives them the Right to give me Fines and take my money. Thats an out right lie! Read the Utah Code 64-13-23, and you will see Im correct your Honor. 64-13-33, clearly and precisly states That Disciplinary can charge us Restitution for what we destroy. But does not give them any Right to give me Any Fines at all. When you compare these two Utah Codes 64-13-23 and 64-13-33. You can clearly see that 64-13-33 concerns Disciplinary Restitution. To where

1 of 7

Utah Code 64-13-23 has absolutly nothing to do with Disciplinary charging people fines. It's a false hood spread by disciplinary that's evedent by simply comparing them. So I ask respectfully that your Honor, look at that complaint and Argument I submitd in my previous arguments you ruled on. So that you may voice your opinion and Ruleing on that as you did my other arguments.

I certify that on this 15th day of March 2018. I placed this document, and one to the following to the following. Postage Pre Paid.

#1 Scott O. Cheney (6198)
Attorney for Defendants
160 East 300 South, 6th Floor
P.O. Box 140856
Salt Lake City, Utah
84114-0856

#2 Judge Robert J. Shelby
United States Court House
351 South West Temple
Salt Lake City, Utah
84101

Sincerly

Brian Lee Wood #29108
Brian Lee Wood Attorney Pro Se

Inmate Name Brian Ween
Inmate Offender Number 29208
Housing Unit A-ST3-F
Central Utah Correctional Facility
P.O. Box 550
Gunnison, Utah 84634-0550

Privileged Legal mail

Judge Robert J Shelby
United States Court house
351 south west temple
Salt lake City, Utah
84101